James R. Paganelli, Esq., Essex County Counsel
By: Alan Ruddy, Esq., Assistant County Counsel
Hall of Records, Room 535
Newark, New Jersey 07102
(Attorney for Defendant Essex County Sheriff Department and Armando B. Fontoura, Essex County Sheriff)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(NEWARK VICINAGE)

| | |
|---|---|
| FESTUS O. OHAN, | CASE NO: 09-01977 (FSH) |
| Plaintiff (s) | CIVIL ACTION |
| vs. | |
| ESSEX COUNTY SHERIFF'S OFFICE, ESSEX COUNTY SHERIFF, ARMANDO B. FONTOURA. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| Defendant (s) | |

This matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed without costs against either party, without prejudice, concerning the Essex County Sheriff's Office and Essex County Sheriff, Armando B. Fontoura only.

Dated: Aug 4, 09

BY: _____
ALAN RUDDY, ESQ.
Attorney for Defendant (s), Essex County
Sheriff's Office and Essex County Sheriff
Armando B. Fontoura

Dated: July 29, 09

BY: _____
ANDREW R. BRONSNICK, ESQ.
Attorney(s) for Plaintiff(s)