Festus Ohan
C/o Remco Empire Ltd
Oluti Bus-stop
Badagry Express Road
Amuwo-Odofin
Lagos, Nigeria.

9135A Reseda BLVD
#148, Northridge
Ca 91324.

E-mail: ohanfestus@yahoo.com.

Honourable Faith S. Hochberg, U.S.D.J
United State District Court
District of New Jersey
Frank L. Lautenberg
U.S.P.O Ct hse bldg, Room 369
P.O. Box 999, Newark, Nj 07101.

Re: Festus O. Ohan V. Essex County Sheriff's Office et al, Civ. Act No. 09-01977 (FSH).

Dear Judge Hochberg,

I am the plaintiff to the aforementioned case number. I am still suffering from my wounds. I was hospitalized for 3 months last year and six months from July 2nd 2010 to December 17th. I was in Isla Caribe during the January 2010 earthquake that killed over 200,000 individuals Defendants made this very difficult for me that when my house was foreclosed, because I had personal properties their ( I was in prison/psych hospital) I was adjudged with unlawful detainer. With fore-closure and unlawful detainer in my credit record, I was unable to rent home anywhere in the U.S.A, so I stayed out and stay in hotels when I am in USA.

I was not allowed any activity like writing this letter and mailing during my hospitalization. Even now, I am under restrictions. Please feel free to contac Federal Neuropsychiatric hospital, Nitel Road Oshodi, Lagos, Nigeria. My file number is 70846, Prior hospitalization was their branch in New Heaven Enugu. I am trying to arbiterate with differents to no avail. They have suceeded in rendering me abjectively poor and my job will not hire back (Country of Los Angeles deputy probation officer II).

I a, wondering if I can find an attorney in New Jersey to accept the case on pro bomo. I do not with to publisize what they have done to me so, arbitration is the method of choice.

Hosptal Main Center- Federal Neuro-Psychaitric Hospital I Yaba, 8, Harvey Road, Yaba, Lagos, Nigeria. Tel. 009-1-7743174.

CC: Wolff and Samsom Pc (Fax.e-mail) Grage Andcetta esq.

(GOVERNOR NEW JERSEY)

9135A RESEDA BLVD
#148, NORTHRIDGE, CA 91324
5/27/06

YOUR EXCELLENCY,

"INVESTIGATION TO MY INJURIES AND ADEQUATE COMPENSATION"

DEAR GOVERNOR, I WAS DETAINED IN YOUR ESSEX COUNTY PRISON BEGINNING ON 10/13/05 AND ENDING 12/17/05. I WAS IMPRISONED FOR NO JUST COURSE. I WAS TRAVELLING OUT OF THE COUNTRY WITH APPROXIMATELY $20,000.00 IN CASH OF WHICH I DECLARED SEVERAL TIMES WITH THE U.S. CUSTOMS. MOST OF THIS MONEY WAS SEIZED AND HAS BEEN RELEASED TO ME.

AT THE AIRPORT, DURING MY DETENTION, I WAS SEVERELY BITTEN AND ABUSED BY 5 OF YOUR AIRPORT POLICE (EXHIBIT A) AND WORSE OF ALL, RECEIVED 'BLACK EYE' FROM AN EMT STAFF DURING TRANSPORT FOR ME. I WAS TIED DOWN. BY MEDICAL STAFF PRIOR TO DETENTION (FINDINGS INDICATE THAT YOUR EMT IS A BRANCH UNDER THE SHERRIF).

IN PRISON, ON OR ABOUT 11/25/05, AN AFRICAN AMERICAN LADY STAFF ORDERED A GANG OF 7 INMATES TO DO WHAT THE GOT TO DO. I WAS RUSHED AND ATTACKED IN MY CELL BY 7 INMATES AS SEMULTANEOUSLY ALL DOORS WERE OPENED (CELLS) AUTOMATICALLY FROM THE CONTROL CENTER SHORTLY AFTER I BANGED FOR SOME ATTENTION AND WAS IGNORED. I WAS ATTACKED IN MY ROOM BY 7 INMATES AND NEITHER THE LADY STAFF THAT ORDERED THE ASSULT NOR OTHER STAFF RESPONDED. I ALMOST GOT KILLED, I HAD BROKEN JAW AND MY FLOATING RIBS WERE BROKEN THAT I HAD TO 'YANK' THEM FOR READJUSTMENTS. I COUGHED OUT BLOOD AND LATER DEVELOPED EMPYEMA AFTER I WAS IGNORED BY BOTH CORRECTIONAL AND MEDICAL STAFF.

NOT FULLY UNDERSTANDING WHAT ACTUALLY HAPPENED, I QUESTIONED THE INMATES AND TWO CONFESSED THAT "THE LADY ORDERED US TO DO IT". I WOULD HAVE DIED WITHOUT A BACKGROUND IN MEDICINE. PLEASE INVESTIGATE, CORRECT, AND ADEQUATELY COMPENSATE ME FOR MY INJURIES. THANKS!

YOURS TRULY,

I HAVE BEEN HOSPITALIZED SEVERAL TIMES IN 3 YEARS. I WAS HOSPITALIZED WHEN CASE WAS TO BE TRIED. COMMUNICATED WITH DEFENDANTS.

XO

Thanks for your mails. I am very appreciative. I was unable to be there because of my illness. Mid to late last year I was hospitalized for 3 month. Now for 6 months as a resault of my injuries. This was my 5th hospitalization since these injuries. You requested for arbitration and I am fully in support. Please work with ms. Paula Dow to arbitrarily settle this case. Please use this e-mail----- ohanfestus@yahoo.com. Home address: 7th avenue, N-close, House 10, Festac, Lagos, Nigeria. Medically, it is cheaper for me. Thanks a million to counsel Andrew Bronsnick for sending me some money from the down payment the I made. Over 200,000 people died and I could have been one of them. With the money I was able to stay in a better hotel and survive the floody earth quake.
Please I tried to avoid publication of this case and as to what was done to me. Please try hard to arbitrate this case and have it settled out of court. Let me know if you need additional information, like documents. I will be glad that you settle this via arbitration as requested by you in one your courts requests. Thanks! I am yet to be discharged, I was given a weekend to off to see how I do therapeutically. Thanks! Festus Ohan.

--0-1892554749-1292065748=:67789
Content-Type: text/html; charset=us-ascii

&lt;table cellspacing="0" cellpadding="0" border="0" &gt;&lt;tr&gt;&lt;td valign="top" style="font: inherit;"&gt;Thanks for your mails. I am very appreciative. I was unable to be there because of my illness. Mid to late last year I was hospitalized for 3 month. Now for 6 months as a resault of my injuries. This was my 5th hospitalization since these injuries. You requested for arbitration and I am fully in support. Please work with ms. Paula Dow to arbitrarily settle this case. Please use this e-mail----- ohanfestus@yahoo.com. Home address: 7th avenue, N-close, House 10, Festac, Lagos, Nigeria. Medically, it is cheaper for me. Thanks a million to counsel Andrew Bronsnick for sending me some money from the down payment the I made. Over 200,000 people died and I could have been one of them. With the money I was able to stay in a better hotel and survive the floody earth quake. &lt;br&gt;Please I tried to avoid publication of this case and as to what was done to me. Please try hard to arbitrate this case and have it settled out of court. Let me know if you need additional information, like documents. I will be glad that you settle this via arbitration as requested by you in one your courts requests. Thanks! I am yet to be discharged, I was given a weekend to off to see how I do therapeutically. Thanks! Festus Ohan.&lt;br&gt;&lt;/td&gt;&lt;/tr&gt;&lt;/table&gt;&lt;br&gt;

--0-1892554749-1292065748=:67789--

Ohanfestus.yahoo.com
7th AVENUE, N-CLOSE, HOUSE 10
FESTAC, LAGOS, NIGERIA

PLEASE ARBITRATED AS YOU DEMANDED. APPRAISE THE CASE AND MAKE GENUINE OFFER. THANKS!

On approximately, october 20th 2004, I was detained by The U. S. Customs for carrying excess cash contained in a Bank of American bag with a withdrawal slip that show that it was withdrawn directly from my account. The amount withdrawn was $20,000, but I had approximately $15,000 with me. I declared that the content was over $10,000 four times. Customs seized the money and detained me at the Newark NJ international airport detention facility. AFTER I WAS HANDED OVER TO POLICE/PD.

Hand cuffs were placed so tight on me that it scraped my tendons and I was bleeding. The next day, police officers opened my cell and told me that I have to be hand cuffed, I replied that my hands were hurting very bad from cuffs that were too tight and that I will appreciate their using plastic cuffs or use leg cuffs to support a loose but locked hand cuffs. There were five officers present. Instead of considering my plea, the older, probably the most senior, gave his gun to one of the officers and delivered a heavy blow to my head. They jumped me, mal handled me and gave me a thorough beating. I was strapped very tight, placed in an ambulance and sent to Essex county jail.

In the ambulance, a small stature attendant was left alone with me in rear were he delivered several blows to my left eye saying "you do not mess with police officers here" for almost every blow.

I was screened and admitted to Essex county jail were I was housed for two month while facing the charges brought against me by 3 of the officers involved. The charges were for resisting an arrest and assult on 3 officers. Aside from being the proprietor for Consultant Consortium, I have been a Deputy probation officer for the county of Los Angeles since April 17th, 1987. So, I know how serious the charges were. They were dismissed, after over a year at no legal cost to me. I was detained twice, both lasting 2

 MINISTERIO
DEL INTERIOR

 DIRECCIÓN GENERAL
DE LA POLICÍA Y DE LA
GUARDIA CIVIL

*Comisaria de Algeciras*

*Centro de Internamiento
de Extranjeros*

*Expediente número:* **17887**

## CERTIFICADO ACREDITATIVO DE PERMANENCIA EN EL CENTRO DE INTERNAMIENTO

(Articulo 39 de la Orden Ministerial)

D. NICOLAS RUIZ SANCHEZ, Director del Centro de Internamiento de Extranjeros de Algeciras, CERTIFICA: Que el extranjero que se relaciona, ha permanecido en este Centro entre las fechas indicadas a disposición del Juzgado de Instrucción, por haberlo ordenado dicha Autoridad Judicial.

*Nombre y apellidos:* FESTUS OKWUDILI OHANU

*Fecha de entrada:* 19/05/2010    *fecha de salida:* 02/07/2010

*Juzgado de Instrucción:* ALGECIRAS-JUZ. INST. 4

Y para que conste firmo el presente, en Algeciras, 02 de julio de 2010

*El Director del C.I.E.*
P.D.

**FEDERAL NEURO-PSYCHIATRIC HOSPITAL, YABA**
8, Harvey Road, Yaba, Lagos. Tel: 01-7743174

## OUT-PATIENT PRESCRIPTION

Name: Ohan Festus   Hosp. No: ..........

Address: ..........

Age: Ad   Sex: M

*Hospitalized for 6 months from July 2nd to December 17, 2010*

**Rx**

(1) Tab Encorate 200mg bd
(2) Tab Respal 2mg bd
(3) Tab Haldol 10-10-15 / 2/52
(4) Tab Ben 5g dly

# Tab Flunitrazepam 1mg nly × 1/7

Doctor's Name: [signature]
Signature / Date: 4/1/11

Dispenser's Name: ..........
Signature / Date: ..........

MR 10

---

### RECEIPT
**PSYCHIATRIC HOSPITAL MANAGEMENT BOARD**
**PSYCHIATRIC HOSPITAL YABA**

Station: ..........
Received From: Festus Ohan
The Sum of (in words): Two Thousand Naira only

No. IPR/WARD: 3184/12
Date: 27/1/11

## RECEIPT
### PSYCHIATRIC HOSPITAL MANAGEMENT BOARD
### PSYCHIATRIC HOSPITAL YABA

No. IPR/WARD 309280

Station: Oshodi
Date: 9/08/10
Received From: Ohan
The Sum of (in words): Three Thousand naira
₦ 3,000
For: Deposit

FOR PSYCHIATRIC HOSPITAL MANAGEMENT BOARD

OLA-EJINSON VENTURES             SIGNATURE

---

## RECEIPT
### PSYCHIATRIC HOSPITAL MANAGEMENT BOARD
### PSYCHIATRIC HOSPITAL YABA

No. IPR/WARD 309613

Station: Oshodi
Date: 19/10/10
Received From: Ohan Festus
The Sum of (in words): Eight thousand, Four hundred naira Only
₦ 8,400
For: Feeding

FOR PSYCHIATRIC HOSPITAL MANAGEMENT BOARD

OLA-EJINSON VENTURES             SIGNATURE

---

## RECEIPT
### PSYCHIATRIC HOSPITAL MANAGEMENT BOARD
### PSYCHIATRIC HOSPITAL YABA

No. OPR/ 130295

Station: Oshodi
Date: 17/12/10
Received From: Festus Ohan
Sum of (in words): One thousand naira only
₦ 1,000
For: Report

FOR PSYCHIATRIC HOSPITAL MANAGEMENT BOARD

OLA-EJINSON VENTURES             SIGNATURE

### RECEIPT
## PSYCHIATRIC HOSPITAL MANAGEMENT BOARD
## PSYCHIATRIC HOSPITAL YABA

Station: Oshodi  
No. IPR/WARD: 309614  
Received From: Oham F  
Date: 19/10/10  
The Sum of (in words): Four thousand naira only  
For: Accom  
₦4,000 K  

OLA-EJINSON VENTURES  
FOR PSYCHIATRIC HOSPITAL MANAGEMENT BOARD  
SIGNATURE

---

### RECEIPT
## PSYCHIATRIC HOSPITAL MANAGEMENT BOARD
## PSYCHIATRIC HOSPITAL YABA

Station: Oshodi  
No. IPR/WARD: 309615  
Received From: Oham F  
Date: 19/10/10  
The Sum of (in words): Five hundred naira only  
For: Opt  
₦500 K  

OLA-EJINSON VENTURES  
FOR PSYCHIATRIC HOSPITAL MANAGEMENT BOARD  
SIGNATURE

---

### RECEIPT
## PSYCHIATRIC HOSPITAL MANAGEMENT BOARD
## PSYCHIATRIC HOSPITAL YABA

Station: Oshodi  
No. IPR/WARD: 309754  
Received From: Oham Festus  
Date: 15/11/10  
The Sum of (in words): Five thousand naira only  
₦5,000 K  

OLA-EJINSON VENTURES  
FOR PSYCHIATRIC HOSPITAL MANAGEMENT BOARD





OFFICE OF THE GOVERNOR

May 12, 2005

Mr. Festus Ohan
18727 Malden Street
Northridge, California 91324

Dear Mr. Ohan,

Thank you for taking the time to write my office to share your proposals on education.

California continues to thrive because of the involvement and commitment of its people, and I appreciate the suggestions of individuals like you who understand that our children are our future leaders.

Again, thank you for taking the time to write my office. By working together, we can achieve excellence in our Golden State.

Sincerely,

Arnold Schwarzenegger

GOVERNOR ARNOLD SCHWARZENEGGER • SACRAMENTO, CALIFORNIA 95814 • (916) 445-2841



JUVENILE DEPARTMENTS
**The Superior Court**
16350 FILBERT STREET
SYLMAR, CALIFORNIA 91342
CHAMBERS OF
MORTON ROCHMAN, JUDGE

TELEPHONE
(818) 361-2170

May 17, 2004

To whom it may concern:

RE: **FESTUS OHAN**

I am pleased to comment on the outstanding performance of Mr. Festus Ohan as a Deputy Probation Officer for the County of Los Angeles.

Mr. Ohan was the Probation Officer at Monroe High School supervising the "WHP" Program which kept children in school where there were family and social problems.

Mr. Ohan performed his duties in an outstanding manner, and greatly assisted needy children in continuing their high school work.

Mr. Ohan has shown leadership skills and he is a man of high moral character.

Very truly yours,

Morton Rochman

MR:sk



# Certificate
## of Completion

This certifies that

**Festus Ohan**

has completed the CORE course of instruction in

**Probation Officer Core**

Course Certification # 777-1008     # Hours 182

_____
Training Provider

March 31, 2000
Date

# Loma Linda University

## SCHOOL OF PUBLIC HEALTH

BE IT KNOWN THAT THE BOARD OF TRUSTEES OF THE UNIVERSITY ON THE RECOMMENDATION OF THE FACULTY AND BY THE AUTHORITY OF THE STATUTES OF THE STATE HAS CONFERRED ON

## FESTUS OKWUDILI GABRIEL OHAN

THE DEGREE

## MASTER OF PUBLIC HEALTH

WITH ALL THE PRIVILEGES AND OBLIGATIONS THERETO PERTAINING
IN WITNESS WHEREOF WE HAVE HEREUNTO SUBSCRIBED OUR NAMES AND AFFIXED THE SEAL OF THE UNIVERSITY AT LOMA LINDA IN THE STATE OF CALIFORNIA THIS TENTH DAY OF JUNE, NINETEEN HUNDRED EIGHTY-EIGHT

PRESIDENT OF THE UNIVERSITY

CHAIRMAN OF THE BOARD OF TRUSTEES

DEAN OF THE SCHOOL OF PUBLIC HEALTH



# California State University, Dominguez Hills

The Trustees of The California State University and Colleges on recommendation of the faculty have conferred upon

## Festus Okundili Ohan

the degree of

### Bachelor of Arts
Biological Science

with all the rights and privileges pertaining thereto.

Given at Carson, California, this tenth day of December, nineteen hundred and seventy-nine.

Claudia K. Hampton
Chairperson of the Board of Trustees

Edmund G. Brown
Governor of California and President of the Trustees

Glenn S. Dumke
Chancellor of The California State University and Colleges

Donald R. Gerth
President of the University

# California State University

## The Trustees of The California State University

The California State University

on recommendation of the faculty have conferred upon

**Peter Okechi Gabriel Obih**

the degree of

**Master of Public Administration**

With All Rights and Privileges Pertaining Thereto.

Given at Carson, California, the twenty-fifth day of March, nineteen hundred and eighty-five.

George Deukmejian
Governor of California and President of the Trustees

W. Ann Reynolds
Chancellor of the California State University

Guy T. Burgh
Chairman of the Board of Trustees

Richard Butler
President of the University








# STATE OF CALIFORNIA
## Department of Real Estate
*Serving Californians Since 1917*

# Real Estate Broker License

**Festus Okwudili Ohan**

**MAIN OFFICE ADDRESS**
9135A RESEDA BLVD #148
NORTHRIDGE, CA 91324

*Identification Number:* **01407572**   *Issued:* **June 19, 2009**   *Expires:* **June 18, 2013**

*Real Estate Commissioner*